*Knowlton* and *Daniel H. Kunkel* for respondent.

No. 122. REAGON *v.* D'ANTONIO. Court of Appeal of Louisiana, Parish of Orleans. Certiorari denied. *Lewis R. Graham* for petitioner. *Moses C. Scharff* for respondent.

No. 123. CARTER CARBURETOR CORP. *v.* KINGSLAND, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hugh M. Morris, Gilbert P. Ritter* and *George R. Ericson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *W. W. Cochran* for respondent.

No. 124. RINN, EXECUTRIX, ET AL. *v.* BROADWAY TRUST & SAVINGS BANK ET AL. Appellate Court of Illinois, First District. Certiorari denied. *Meyer Abrams* for petitioners. *Hector A. Brouillet* for Jaeger, Receiver, respondent.

No. 125. DEGRAZIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 126. NEW YORK LIFE INSURANCE Co. *v.* COOPER ET AL. C. A. 10th Cir. Certiorari denied. *William F. Tucker* for petitioner. *Villard Martin* for respondents.

No. 127. PORT GIBSON VENEER & BOX Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari de-